AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KATHY JUANITA REAVES,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 1:21-120

CORTERO CARTEZ FOSTER; MICHAEL DANIEL HUCKO; RICHARD R. ROUNDTREE; and RICHMOND COUNTY SHERIFF OFFICE, a/k/a Richmond County Sheriff Department,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of September 24, 2021, this case is dismissed without prejudice, and this civil action stands closed.

10/21/2021  
*Date*



John E. Triplett, Clerk of Court  
*Clerk*

*Tara H. Burton*  
(By) Deputy Clerk

GAS Rev 10/2020